**Exhibit A**


| NOTICE OF SMALL CLAIM TRIAL | DOCKET NUMBER<br>2060SC000668 | Trial Court of Massachusetts<br>District Court Department |
|---|---|---|

**CASE NAME**
Aboubakr Elsayed v. United States Postal Service

**ATTORNEY (OR PRO SE PARTY) TO WHOM THIS COPY OF NOTICE IS ISSUED**

United States Postal Service
248 Main St.
Wareham, MA 02571

**COURT NAME & ADDRESS**

Wareham District Court
2200 Cranberry Highway
West Wareham, MA 02576

**DATE AND TIME OF SMALL CLAIM TRIAL**

Magistrates Hearing - Small Claims

01/06/2022 at 01:00 PM
Small Claims Magistrate Session

**JUDGE OR MAGISTRATE (if already assigned)**

COUNSEL FOR ALL PARTIES (OR PRO SE PARTY)
MUST APPEAR ON THE DATE & TIME SHOWN ABOVE

**TO THE PARTIES TO THIS CASE:**

The purpose of this notice is to inform you that this court has scheduled a **SMALL CLAIM TRIAL** in the above captioned small claims case on the date and time indicated above.

You are required to be present at this event.

Please also find enclosed a copy of the "Statement of Claim and Notice" form which the plaintiff who has brought this action has filed with the court. The plaintiff named on this form has sued the defendant in small claims court for the amount and reasons stated.

Please review carefully the enclosed document entitled "INSTRUCTIONS TO THE PLAINTIFF AND THE DEFENDANT". Further information concerning small claims process and procedure can be found on the Trial Court website at:
http://www.mass.gov/courts/selfhelp/small-claims

**FURTHER ORDERS OF THE COURT**

**DATE ISSUED**
10/5/21

**CLERK-MAGISTRATE/ASST. CLERK**
Daryl Manchester

ATENCION: ESTE ES UN AVISO OFICIAL DE LA CORTE. SI USTED NO SABE LEER INGLÉS, OBTENGA UNA TRADUCCIÓN.

067 | www.mass.gov/courts | Date/Time Printed: 10-05-2021 15:56:25

# STATEMENT OF CLAIM AND NOTICE OF TRIAL

Trial Court of Massachusetts
Small Claims Session

☐ BOSTON MUNICIPAL COURT
☒ DISTRICT COURT — Division
☐ HOUSING COURT — Division

**PART 1** — For Court Use Only: 2208CV0104

**PART 2 — PLAINTIFF'S NAME, ADDRESS, ZIP CODE AND PHONE**
Aboubakr Elsayed
48 Swifts Beach Rd #90
Wareham MA, 02571
PHONE NO: 781-888-3205

PLAINTIFF'S ATTORNEY (if any):
Name: _____
Address: _____
PHONE NO: _____
BBO NO: _____

**PART 3 — DEFENDANT'S NAME, ADDRESS, ZIP CODE AND PHONE**
United States Postal Service
248 Main St
Wareham MA 02571
PHONE NO: 800-275-8777

ADDITIONAL DEFENDANT (if any):
Name: _____
Address: _____
PHONE NO: _____

**PART 4 — PLAINTIFF'S CLAIM.** The defendant owes $7000.00 plus $150.00 court costs for the following reason. Give the date of the event that is the basis of your claim.

I send and ship phones for business I sell I have iPhone 11 Pro Max 256G since 03/11/20 to no I never got any information I call more in time no one get back to me is 2 packages I already lost my customer overseas and I refund the money so I been waiting for some months for packages take 10 days only Tracking # USPS # CH094378880US # CH094380486US

SIGNATURE OF PLAINTIFF: /s/ ABoff
DATE: 10/1/2

**PART 5 — MEDIATION:** Mediation of this claim may be available prior to trial if both parties agree to discuss the matter with a mediator, who will assist the parties in trying to resolve the dispute on mutually agreed to terms. The plaintiff must notify the court if he or she desires mediation; the defendant may consent to mediation on the trial date.
☐ The plaintiff is willing to attempt to settle this claim through court mediation.

**PART 6 — MILITARY AFFIDAVIT:** The plaintiff states under the pains and penalties of perjury that the:
☐ above defendant(s) is (are) not serving in the military and at present live(s) or work(s) at the above address.
☐ above defendant(s) is (are) serving in the military

X _____
SIGNATURE OF PLAINTIFF
DATE: _____

**NOTICE TO DEFENDANT:** You are being sued in Small Claims Court by the above named plaintiff. You are directed to appear for trial of this claim on the date and time noted to the right.

If you wish to settle this claim before the trial date, you should contact the plaintiff or the plaintiff's attorney.

SEE ADDITIONAL INSTRUCTIONS ON THE BACK OF THIS FORM

NAME AND ADDRESS OF COURT: _____
DATE AND TIME OF TRIAL: _____ AT _____
ROOM NO: _____

BOTH THE PLAINTIFF AND THE DEFENDANT MUST APPEAR AT THIS COURT ON THE DATE AND TIME SPECIFIED

FIRST JUSTICE _____ CLERK-MAGISTRATE OR DESIGNEE _____ DATE _____

INSTRUCTIONS FOR FILING A SMALL CLAIM — You must complete Parts 1-6 of this form. See instructions on reverse.

DC-SC-1 (10/09) ATENCION: ESTE ES UN AVISO OFICIAL DE LA CORTE. SI USTED NO SABE LEER INGLÉS, OBTENGA UNA TRADUCCIÓN.

# STATEMENT OF SMALL CLAIM AND NOTICE OF TRIAL

Trial Court of Massachusetts
Small Claims Session

**PART 1:** ☐ BOSTON MUNICIPAL COURT ☒ DISTRICT COURT — Wareham MA Division ☐ HOUSING COURT

**PART 2 — PLAINTIFF'S NAME, ADDRESS, ZIP CODE AND PHONE:**
Aboubakr Elsayed
48 Swifts Beach Rd #90
Wareham MA, 02571
PHONE NO: 781-888-3205

PLAINTIFF'S ATTORNEY (if any): [blank]

**PART 3 — DEFENDANT'S NAME, ADDRESS, ZIP CODE AND PHONE:**
United States Postal Service
248 Main St
Wareham MA 02571
PHONE NO: 800-275-8777

**PART 4 — PLAINTIFF'S CLAIM.** The defendant owes $7000.00 plus $150.00 court costs for the following reason. Give the date of the event that is the basis of your claim.

I send and ship phone for business I send 6 phone 11 Pro max 290 $ since 03/11/20 to now I never got any information I call more in time no one get back to me is 2 package I already lost my customer overseas and I refund the money so I been waiting for seven month for packages take 10 Days out Tracking # USPS # CH094378880US # CH094380486US

SIGNATURE OF PLAINTIFF: [signed]    DATE: 10/1/2

**PART 5 — MEDIATION:** Mediation of this claim may be available prior to trial if both parties agree to discuss the matter with a mediator, who will assist the parties in trying to resolve the dispute on mutually agreed to terms. The plaintiff must notify the court if he or she desires mediation; the defendant may consent to mediation on the trial date.
☐ The plaintiff is willing to attempt to settle this claim through court mediation.

**PART 6 — MILITARY AFFIDAVIT:** The plaintiff states under the pains and penalties of perjury that the:
☐ above defendant(s) is (are) not serving in the military and at present live(s) or work(s) at the above address.
☐ above defendant(s) is (are) serving in the military.

X _____ SIGNATURE OF PLAINTIFF   DATE

**NOTICE TO DEFENDANT:** You are being sued in Small Claims Court by the above named plaintiff. You are directed to appear for trial of this claim on the date and time noted to the right.

If you wish to settle this claim before the trial date, you should contact the plaintiff or the plaintiff's attorney.

SEE ADDITIONAL INSTRUCTIONS ON THE BACK OF THIS FORM

FIRST JUSTICE: _____  CLERK-MAGISTRATE OR DESIGNEE: _____

NAME AND ADDRESS OF COURT: _____
DATE AND TIME OF TRIAL: _____ AT _____
DATE _____ TIME _____ ROOM NO _____

BOTH THE PLAINTIFF AND THE DEFENDANT MUST APPEAR AT THIS COURT ON THE DATE AND TIME SPECIFIED

INSTRUCTIONS FOR FILING A SMALL CLAIM — You must complete Parts 1-6 of this form. See instructions on reverse.

DC-SC-1 (10/09)  ATENCION: ESTE ES UN AVISO OFICIAL DE LA CORTE. SI USTED NO SABE LEER INGLÉS, OBTENGA UNA TRADUCCIÓN.